IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC 21 AM 9: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| DUSA PHARMACEUTICALS, INC., a | : | |
| New Jersey corporation; and | : | |
| QUEEN'S UNIVERSITY AT | : | |
| KINGSTON, a Canadian academic | : | |
| Organization | : | No. 05-2853 DV |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADAM W. BAKER, M.D. | : | |
| a Tennessee citizen; | : | |
| and | : | |
| DERMATOLOGY REALM AND | : | |
| FAMILY PRACTICE, PLLC | : | |
| a Tennessee limited liability company | : | |
| | : | |
| Defendants. | : | |

## CONSENT JUDGMENT

Plaintiffs DUSA Pharmaceuticals, Inc.® ("DUSA") and Queen's University at Kingston

("Queen's University") (collectively "Plaintiffs") and Defendants Adam W. Baker, M.D.

("Baker") and Dermatology Realm and Family Practice, PLLC ("Dermatology Realm")

(collectively "Defendants"), having agreed to a settlement of the matters at issue between them,

hereby agree and consent to judgment as follows:

1.      Plaintiffs' above-captioned complaint is a civil action for patent infringement of United

States Patent Nos. 6,710,066 ("the '066 patent") and 5,955,490 ("the '490 patent") under 35

U.S.C. §271(a), false advertising under 15 U.S.C. §1125, trademark infringement under 15

U.S.C. §1114, unfair competition under TENN. CODE ANN. §47-18-104, unfair competition under

TENN. CODE ANN. §47-25-403, and Tennessee common law trademark infringement.

2.      Defendants admit each of the allegations contained in the above-captioned complaint,

specifically those allegations contained in paragraphs 1 through 30.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

3.      Defendants admit that Dr. Baker, in concert with Dermatology Realm, practices medicine, advertises his practice, unfairly competes with DUSA, and as part of that practice, infringes the '066 patent and the '490 patent and DUSA's trademark, LEVULAN®.

4.      Defendants accordingly consent and agree to be permanently enjoined from infringing United States Patent No. 6,710,066 during the life of that patent, and in furtherance thereof will not use aminolevulinic acid containing drug products from a source other than DUSA for treatment of actinic keratosis.

5.      Defendants consent and agree to be permanently enjoined from infringing United States Patent No. 5,955,490 during the life of that patent, and in furtherance thereof will not use aminolevulinic acid containing drug products from a source other than DUSA for treatment of acne.

6.      Defendants consent and agree to be permanently enjoined from promoting and advertising aminolevulinic acid containing drug products from a source other than DUSA in a confusingly similar manner to DUSA's LEVULAN®.

7.      Defendants consent and agree to be preliminarily and permanently enjoined from falsely passing off aminolevulinic acid containing drug products from a source other than DUSA as DUSA's LEVULAN®.

8.      Defendants consent and agree to be permanently enjoined from misrepresenting aminolevulinic acid containing drug products from a source other than DUSA as DUSA's LEVULAN®.

9.      Defendants consent and agree to be preliminarily and permanently enjoined from promoting and advertising aminolevulinic acid containing drug products from a source other than DUSA in a confusingly similar manner to DUSA's LEVULAN®.

10.     Defendants further consent and agree to make available for inspection by Plaintiff Defendants' books and/or other records likely to establish whether Defendants are in compliance with the terms of the Consent Judgment as set forth herein.  Defendants shall make their books and/or other records available for inspection by Plaintiffs on request no more often than once per year, with the expense of inspection to be bourn by Plaintiffs, unless such inspection reveals that Defendants are not in compliance with the consent judgment, in which case the expense will be borne by Defendants.  Such inspection shall include appropriate safeguards for patient confidentiality.

11.     Defendants consent and agree that Plaintiffs shall have the absolute right to enforce any and all terms of this Consent Judgment by and through any means permitted under statutory and/or common law.

12.     Plaintiffs consent and agree to waive the entry of any monetary award in their favor and to forego reimbursement by Defendants for attorneys fees and costs, including the Defendants' use of their existing stock of approximately 25 does of ALA product,  provided that Defendants comply with each of the terms and conditions of this Consent Judgment as set forth herein.

13.     Defendants also consent and agree that in the event Defendants fail to comply with any or all terms of this Consent Judgment, Plaintiffs shall have the absolute right to seek from Defendants awards previously waived, and all fees and costs associated with bringing the above-captioned action and from enforcing compliance with this Consent Judgment.


**SO ORDERED:**                          **BY THE COURT:**


Dated: *12-21-*          , 2005

J.

-3-

We consent to this Judgment:

PLAINTIFFS DUSA PHARMACEUTICALS,
INC. and QUEEN'S UNIVERSITY AT
KINGSTON

Louis Jay Miller
Apperson, Crump & Maxwell, PLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119

William J. McNichol, Jr.
Maryellen Feehery
Valerie Brand Pipano
Reed Smith LLP
2500 One Liberty Place
1650 Market Street Philadelphia, PA 19103
(215) 851-8100

Dated:  December _19_, 2005

DEFENDANT ADAM W. BAKER, M.D.

Adam W. Baker M.D.

Dated:  December _19_, 2005

DEFENDANT DERMATOLOGY REALM AND
FAMILY PRACTICE, PLLC

Adam W. Baker M.D. on behalf of Dermatology
Realm and Family Practice, PLLC

Dated:  December _19_, 2005

-4-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in
case 2:05-CV-02853 was distributed by fax, mail, or direct printing on
December 22, 2005 to the parties listed.

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT